**Monthly Operating Report**
CASH BASIS

| | |
|---|---|
| **CASE NAME:** | DEX SERVICES, LLC |
| **CASE NUMBER:** | 17-50242 |
| **JUDGE:** | ROBERT L. JONES |

# UNITED STATES BANKRUPTCY COURT

## NORTHERN & EASTERN DISTRICTS OF TEXAS

## REGION 6

## MONTHLY OPERATING REPORT

**MONTH ENDING:** <u>February</u>    <u>2018</u>
MONTH       YEAR

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING MONTHLY OPERATING REPORT (CASH BASIS-1 THROUGH CASH BASIS-6) AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT, AND COMPLETE. DECLARATION OF THE PREPARER (OTHER THAN RESPONSIBLE PARTY) IS BASED ON ALL INFORMATION OF WHICH PREPARER HAS ANY KNOWLEDGE.

RESPONSIBLE PARTY:

_____     *Managing Member*
ORIGINAL SIGNATURE OF RESPONSIBLE PARTY     TITLE

*James Poindexter*     3-19-18
PRINTED NAME OF RESPONSIBLE PARTY     DATE

PREPARER:

_____     _____
ORIGINAL SIGNATURE OF PREPARER     TITLE

_____     _____
PRINTED NAME OF PREPARER     DATE

**Monthly Operating Report**ting Report
**CASH BASIS-1** ASH BASIS-1

| CASE NAME: | DEX SERVICES, LLC |
|---|---|
| CASE NUMBER: | 17-50242 |

| CASH RECEIPTS AND DISBURSEMENTS | MONTH Nov-17 | MONTH Dec-17 | MONTH Jan-18 | MONTH Feb-18 |
|---|---|---|---|---|
| 1. CASH - BEGINNING OF MONTH | $ 15,454.61 | $ 28,812.19 | $ 26,231.49 | $ 55,713.29 |
| **RECEIPTS** | | | | |
| 2. CASH SALES | | | | |
| 3. ACCOUNTS RECEIVABLE COLLECTIONS | $ 87,479.99 | $ 46,444.52 | $ 98,781.00 | $ 82,151.00 |
| 4. LOANS AND ADVANCES | | | | |
| 5. SALE OF ASSETS | | | | |
| 6. LEASE & RENTAL INCOME | | | | |
| 7. WAGES | | | | |
| 8. OTHER (ATTACH LIST) | $ (1,617.59) | $ (961.97) | $ (2,108.00) | $ (1,745.46) |
| 9. TOTAL RECEIPTS | $ 85,862.40 | $ 45,482.55 | $ 96,673.00 | $ 80,405.54 |
| **DISBURSEMENTS** | | | | |
| 10. NET PAYROLL | $ 31,074.61 | $ 24,479.99 | $ 25,011.79 | $ 26,609.40 |
| 11. PAYROLL TAXES PAID | $ 16,180.85 | $ 7,811.48 | $ 8,334.72 | $ 7,875.24 |
| 12. SALES,USE & OTHER TAXES PAID | $ 3,014.85 | $ 2,480.66 | $ 9,523.81 | $ 6,174.06 |
| 13. INVENTORY PURCHASES | $ - | $ - | $ - | $ - |
| 14. MORTAGE PAYMENTS | $ - | $ - | $ - | $ - |
| 15. OTHER SECURED NOTE PAYMENTS | $ - | $ - | $ - | $ - |
| 16. RENTAL & LEASE PAYMENTS | $ - | $ - | $ 637.65 | |
| 17. UTILITIES | $ 3,160.31 | $ 2,691.93 | $ 4,674.33 | $ 3,854.32 |
| 18. INSURANCE | $ 4,571.00 | $ - | $ 4,571.00 | $ 3,987.00 |
| 19. VEHICLE EXPENSES | $ 2,374.30 | $ 1,175.03 | $ 1,850.88 | $ 6,716.84 |
| 20. TRAVEL | $ - | $ - | $ - | $ - |
| 21. ENTERTAINMENT | $ - | $ - | $ - | $ - |
| 22. REPAIRS & MAINTENANCE | $ 440.00 | $ 560.00 | $ 480.76 | $ 440.00 |
| 23. SUPPLIES | $ 3,633.77 | $ 2,641.45 | $ 2,689.18 | $ 8,606.72 |
| 24. ADVERTISING | $ - | $ - | $ - | $ - |
| 25. HOUSEHOLD EXPENSES | $ - | $ - | $ - | $ - |
| 26. CHARITABLE CONTRIBUTIONS | $ - | $ - | $ - | $ - |
| 27. GIFTS | $ - | $ - | $ - | $ - |
| 28. OTHER (ATTACH LIST) | $ 4,730.13 | $ 3,222.71 | $ 4,792.08 | $ 5,826.46 |
| 29. TOTAL ORDINARY DISBURSEMENTS* | $ 69,179.82 | $ 45,063.25 | $ 62,566.20 | $ 70,090.04 |
| **REORGANIZATION EXPENSES** | | | | |
| 30. PROFESSIONAL FEES | | | | |
| 31. U.S. TRUSTEE FEES | $ 325.00 | | $ 1,625.00 | |
| 32. OTHER (ATTACH LIST) | $ 3,000.00 | $ 3,000.00 | $ 3,000.00 | $ 3,000.00 |
| 33. TOTAL REORGANIZATION EXPENSES | $ 3,325.00 | $ 3,000.00 | $ 4,625.00 | $ 3,000.00 |
| 34. TOTAL DISBURSEMENTS | $ 72,504.82 | $ 48,063.25 | $ 67,191.20 | $ 73,090.04 |
| 35. NET CASH FLOW | $ 13,357.58 | $ (2,580.70) | $ 29,481.80 | $ 7,315.50 |
| 36. CASH - END OF MONTH | $ 28,812.19 | $ 26,231.49 | $ 55,713.29 | $ 63,028.79 |

| PAGE 1 | #8 List | Tecolote Discount | -1745.46 |
|--------|---------|-------------------|----------|

| PAGE 1 | #28 List | Contract Labor | $ 1,925.00 |
|--------|----------|----------------|-----------|
| | | Dues & Subscriptions | $ 752.74 |
| | | Fuel | $ 2,648.72 |
| | | Miscellaneous | $ 500.00 |
| | | | $ 5,826.46 |

| PAGE 1 | #32 | InterBank | $ 1,000.00 |
|--------|-----|-----------|-----------|
| | | Texas Comptroller | $ 1,000.00 |
| | | Internal Revenue Service | $ 1,000.00 |
| | | | $ 3,000.00 |

| PAGE 4 | #5 | Personal Property Tax | 8076.87 |
|--------|-----|-----------------------|---------|
| | | Property Tax | 10224.48 |
| | | Unemployment | 2025.35 |
| | | | 20326.7 |

**Monthly Operating Report**
**CASH BASIS-1A**

**2018**

| CASE NAME: | DEX SERVICES, LLC |
| --- | --- |
| CASE NUMBER: | 17-50242 |

**CASH DISBURSEMENTS DETAIL**    **MONTH:**    February

**CASH DISBURSEMENTS**

| | DATE | PAYEE | PURPOSE | AMOUNT |
| --- | --- | --- | --- | --- |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| TOTAL CASH DISBURSEMENTS | | | | $      - |

**BANK ACCOUNT DISBURSEMENTS**

| CK# | DATE | PAYEE | PURPOSE | AMOUNT | |
| --- | --- | --- | --- | --- | --- |
| debit | 2/1/2018 | Canadian Card Lock | fuel | $ 0.08 | |
| debit | 2/2/2018 | Allsups | fuel | $ 75.00 | |
| debit | 2/5/2018 | PK Safety | parts & supplies | $ 212.00 | |
| debit | 2/5/2018 | Allsups | fuel | $ 69.00 | |
| debit | 2/5/2018 | Bartletts | parts & supplies | $ 62.47 | |
| debit | 2/5/2018 | Canadian Card Lock | fuel | $ 66.17 | |
| debit | 2/5/2018 | Harbor Freight | parts & supplies | $ 374.08 | |
| debit | 2/5/2018 | Toot N Totum | fuel | $ 75.00 | |
| debit | 2/5/2018 | Canadian Card Lock | fuel | $ 150.00 | |
| debit | 2/5/2018 | Canadian Card Lock | fuel | $ 50.00 | |
| debit | 2/5/2018 | Canadian Card Lock | fuel | $ 72.36 | |
| 1135 | 2/5/2018 | James Poindexter | payroll | $ 1,811.15 | |
| 1144 | 2/6/2018 | Interbank | reconstruct fee | $ 1,000.00 | *dated |
| 1140 | 2/6/2018 | ShaNelle Altmiller | payroll | $ 2,431.96 | |
| ach | 2/6/2018 | US Fleet Tracking | auto expense | $ 898.50 | |
| ach | 2/6/2018 | North Plains Electric | utilities | $ 2,239.80 | |
| TOTAL BANK ACCOUNT DISBURSEMENTS | | | | $ 9,587.57 | |

| TOTAL DISBURSEMENTS FOR THE MONTH | $ 73,024.64 |
| --- | --- |

**BANK ACCOUNT DISBURSEMENTS CONTINUED**

| CK# | DATE | PAYEE | PURPOSE | AMOUNT | |
|---|---|---|---|---|---|
| 1137 | 2/6/2018 | Marcos Vargas | payroll | $ 2,046.98 | |
| debit | 2/7/2018 | Canadian Card Lock | fuel | $ 131.41 | |
| debit | 2/7/2018 | Motor Parts | parts & supplies | $ 62.14 | |
| debit | 2/7/2018 | Quality Dealerships | parts & supplies | $ 758.41 | |
| 1149 | 2/7/2018 | David Contreras | maintenance | $ 220.00 | |
| 1142 | 2/7/2018 | Ricardo Ortiz | contract labor | $ 1,025.00 | |
| 1147 | 2/7/2018 | Culberson Stowers | auto expense | $ 3,850.97 | |
| 1139 | 2/7/2018 | Saul Vera | payroll | $ 1,468.76 | |
| debit | 2/8/2018 | The Junction | fuel | $ 172.66 | |
| debit | 2/8/2018 | The Junction | fuel | $ 75.00 | |
| debit | 2/8/2018 | Sdtrucksprings | parts & supplies | $ 531.40 | |
| debit | 2/8/2018 | Amazon | parts & supplies | $ 141.65 | |
| debit | 2/8/2018 | AutoAnything | parts & supplies | $ 234.57 | |
| debit | 2/8/2018 | Dynoforms | subscription | $ 525.60 | |
| debit | 2/8/2018 | IRS | taxes | $ 3,834.12 | |
| 1150 | 2/8/2018 | Hemphill Co Tax Assessor | auto expense | $ 138.00 | |
| 1143 | 2/8/2018 | Rock Boosters | misc | $ 500.00 | |
| debit | 2/9/2018 | Amazon | parts & supplies | $ 99.42 | |
| debit | 2/9/2018 | Suspension Connection | parts & supplies | $ 740.92 | |
| debit | 2/9/2018 | Suspension Connection | parts & supplies | $ 184.26 | |
| debit | 2/9/2018 | Canadian Card Lock | fuel | $ 61.88 | |
| debit | 2/9/2018 | Amazon | parts & supplies | $ 47.10 | |
| debit | 2/9/2018 | Verizon Wireless | telephone expense | $ 1,062.41 | |
| debit | 2/12/2018 | Harbor Freight | parts & supplies | $ 259.64 | |
| debit | 2/12/2018 | Lowes | parts & supplies | $ 867.40 | |
| 1136 | 2/12/2018 | Luciano Mota | payroll | $ 1,285.14 | |
| 1141 | 2/12/2018 | Thierry Fabbri | payroll | $ 1,520.23 | |
| 1134 | 2/12/2018 | Evaristo Perez | payroll | $ 1,588.22 | |
| 1138 | 2/12/2018 | Martin Quintana | payroll | $ 1,034.32 | |
| 1146 | 2/12/2018 | Internal Revenue Service | reconstruct fee | $ 1,000.00 | *dated 1/31/18 |
| debit | 2/13/2018 | Amazon | parts & supplies | $ 59.96 | |
| debit | 2/14/2018 | Suspension Connection | parts & supplies | $ 184.26 | |
| debit | 2/14/2018 | The Junction | fuel | $ 51.29 | |
| debit | 2/14/2018 | The Junction | fuel | $ 58.81 | |
| 1151 | 2/14/2018 | Interbank | misc | $ 48.77 | |
| 1148 | 2/14/2018 | Prater Enterprises | auto expense | $ 7.00 | |
| ach | 2/14/2018 | Texas State Comptroller | IFTA | $ 175.98 | |
| ach | 2/14/2018 | United Fire | insurance | $ 3,987.00 | |
| debit | 2/15/2018 | The Junction | fuel | $ 900.00 | |
| 1145 | 2/15/2018 | Texas State Comptroller | reconstruct fee | $ 1,000.00 | *dated 1/31/18 |
| debit | 2/16/2018 | Bartletts | parts & supplies | $ 137.02 | |
| debit | 2/16/2018 | Sams Club | parts & supplies | $ 277.87 | |
| debit | 2/16/2018 | Harbor Freight | parts & supplies | $ 347.22 | |
| ach | 2/16/2018 | IRS | taxes | $ 4,041.12 | |
| debit | 2/16/2018 | Bartletts | parts & supplies | $ 470.09 | |
| debit | 2/20/2018 | Lowes | parts & supplies | $ 152.62 | |
| debit | 2/20/2018 | Allsups | fuel | $ 59.96 | |
| debit | 2/20/2018 | Dish Network | utilities | $ 184.32 | |
| debit | 2/20/2018 | Canadian Card Lock | fuel | $ 150.00 | |
| debit | 2/20/2018 | Canadian Card Lock | fuel | $ 150.00 | |

| debit | 2/20/2018 | Quality Dealerships | parts & supplies | $ | 185.74 |
|---|---|---|---|---|---|
| debit | 2/20/2018 | Amazon | parts & supplies | $ | 59.96 |
| debit | 2/20/2018 | Amazon | parts & supplies | $ | 239.98 |
| debit | 2/20/2018 | Amazon | parts & supplies | $ | 19.78 |
| 1162 | 2/20/2018 | Saul Vera | payroll | $ | 1,770.42 |
| 1161 | 2/20/2018 | Marcos Vargas | payroll | $ | 2,065.45 |
| debit | 2/21/2018 | Amazon | parts & supplies | $ | 103.34 |
| debit | 2/21/2018 | Canadian Card Lock | fuel | $ | 63.22 |
| 1166 | 2/21/2018 | David Contrereas | maintenance | $ | 220.00 |
| 1163 | 2/21/2018 | ShaNelle Altmiller | payroll | $ | 2,206.45 |
| 1206 | 2/21/2018 | Pit Stop Tire | auto expense | $ | 874.44 |
| ach | 2/21/2018 | Intuit | subscripion | $ | 179.26 |
| 1207 | 2/21/2018 | Oklahoma Tax Commission | auto expense | $ | 344.36 |
| debit | 2/23/2018 | Factory Outlet Max | parts & supplies | $ | 137.00 |
| debit | 2/23/2018 | Amazon | parts & supplies | $ | 199.98 |
| debit | 2/23/2018 | Bartletts | parts & supplies | $ | 426.31 |
| 1165 | 2/23/2018 | Ricardo Ortiz | contract labor | $ | 900.00 |
| 1156 | 2/23/2018 | At&t Long Distance | utilities | $ | 12.77 |
| debit | 2/26/2018 | The Junction | fuel | $ | 57.93 |
| debit | 2/26/2018 | US Cutter | parts & supplies | $ | 45.74 |
| debit | 2/26/2018 | GoDaddy | subscription | $ | 47.88 |
| 1154 | 2/26/2018 | Westair | parts & supplies | $ | 222.63 |
| 1155 | 2/26/2018 | At&t Mobility | utilities | $ | 97.80 |
| 1152 | 2/26/2018 | City of Canadian | utilities | $ | 88.43 |
| 1158 | 2/26/2018 | Fabian Perez | payroll | $ | 485.55 |
| 1164 | 2/26/2018 | Thierry Fabbri | payroll | $ | 1,543.93 |
| 1160 | 2/26/2018 | Luciano Mota | payroll | $ | 1,581.59 |
| 1157 | 2/26/2018 | Evaristo Perez | payroll | $ | 1,958.11 |
| 1153 | 2/27/2018 | Pit Stop Tire | auto expense | $ | 265.57 |
| 1167 | 2/27/2018 | Hemphill Co Tax Assessor | auto expense | $ | 128.25 |
| debit | 2/28/2018 | PSC Motorsports | parts & supplies | $ | 753.47 |
| debit | 2/28/2018 | UCR FEE | subscription | $ | 3.75 |
| debit | 2/28/2018 | UCR Registration | subscription | $ | 206.00 |
| debit | 2/28/2018 | Alon | fuel | $ | 77.00 |
| 1159 | 2/28/2018 | James Poindexter | payroll | $ | 1,811.14 |
| ach | 2/14/2018 | Texas State Comptroller | sales tax | $ | 6,142.94 |
| | | | | | |
| adjusting entry | | January Uncleared Checks | | $ | (3,000.00) |
| adjusting entry | | February Uncleared Checks | | $ | 3,000.00 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| 101252 | | **TOTAL BANK ACCOUNT DISBURSEMENTS** | | $ 63,437.07 | |

**Monthly Operating Report**
CASH BASIS-2

| CASE NAME: | DEX SERVICES, LLC |
|---|---|
| CASE NUMBER: | 17-50242 |

| BANK RECONCILIATIONS | Acct #1 | Acct #2 | Acct #3 | Acct #4 | TOTAL | |
|---|---|---|---|---|---|---|
| A. BANK: | Wells Fargo | Wells Fargo | | | | |
| B. ACCOUNT NUMBER: | 3055 | 3063 | | | | |
| C. PURPOSE (TYPE): | DIP Acct | DIP Acct | | | | |
| 1. BALANCE PER BANK STATEMENT | $ 57,287.51 | $ 2,639.44 | | | $ | 59,926.95 |
| 2. ADD: TOTAL DEPOSITS NOT CREDITED | $ - | $ - | | | $ | - |
| 3. SUBTRACT: OUTSTANDING CHECKS | $ 3,000.00 | $ - | | | $ | 3,000.00 |
| 4. OTHER RECONCILING ITEMS | | | | | $ | - |
| 5. MONTH END BALANCE PER BOOKS | $ 54,287.51 | $ 2,639.44 | | | $ | 56,926.95 |
| 6. NUMBER OF LAST CHECK WRITTEN | 1171 | | | | | |

| INVESTMENT ACCOUNTS | DATE OF PURCHASE | TYPE OF INSTRUMENT | PURCHASE PRICE | | CURRENT VALUE | |
|---|---|---|---|---|---|---|
| BANK, ACCOUNT NAME & NUMBER | | | | | | |
| 7. | | | | | | |
| 8. | | | | | | |
| 9. | | | | | | |
| 10. | | | | | | |
| 11. TOTAL INVESTMENTS | | | $ | - | $ | - |

| CASH | | | |
|---|---|---|---|
| 12. CURRENCY ON HAND | | $ | - |

| 13. TOTAL CASH - END OF MONTH | | $ | 56,926.95 |

**Monthly Operating Report**
**CASH BASIS-3**

| CASE NAME: | DEX SERVICES, LLC |
|---|---|
| CASE NUMBER: | 17-50242 |

| ASSETS OF THE ESTATE | SCHEDULE | MONTH | MONTH | MONTH |
|---|---|---|---|---|
| SCHEDULE "A" REAL PROPERTY | AMOUNT | Dec-17 | Jan-18 | Feb-18 |
| 1. 10955 Exhibition Lane Road | $ 365,000.00 | $ 365,000.00 | $ 365,000.00 | $ 365,000.00 |
| 2. 10953 Exhibition Lane Road | $ 140,000.00 | $ 140,000.00 | $ 140,000.00 | $ 140,000.00 |
| 3. 10951 Exhibition Lane Road | $ 150,000.00 | $ 150,000.00 | $ 150,000.00 | $ 150,000.00 |
| 4. OTHER (ATTACH LIST) | | | | |
| 5. TOTAL REAL PROPERTY ASSETS | $ 655,000.00 | $ 655,000.00 | $ 655,000.00 | $ 655,000.00 |
| SCHEDULE "B" PERSONAL PROPERTY | | | | |
| 1. CASH ON HAND | $ - | | | |
| 2. CHECKING, SAVINGS, ETC. | $ 527.71 | $ 28,812.19 | $ 26,231.49 | $ 55,713.29 |
| 3. SECURITY DEPOSITS | $ - | | | |
| 4. HOUSEHOLD GOODS | $ - | | | |
| 5. BOOKS, PICTURES, ART | $ - | | | |
| 6. WEARING APPAREL | $ - | | | |
| 7. FURS AND JEWELRY | $ - | | | |
| 8. FIREARMS & SPORTS EQUIPMENT | $ - | | | |
| 9. INSURANCE POLICIES | $ - | | | |
| 10. ANNUITIES | $ - | | | |
| 11. EDUCATION | $ - | | | |
| 12. RETIREMENT & PROFIT SHARING | $ - | | | |
| 13. STOCKS | $ - | | | |
| 14. PARTNERSHIPS & JOINT VENTURES | $ - | | | |
| 15. GOVERNMENT & CORPORATE BONDS | $ - | | | |
| 16. ACCOUNTS RECEIVABLE | $ 40,127.98 | $ 42,084.67 | $ 62,943.69 | $ 23,241.36 |
| 17. ALIMONY | $ - | | | |
| 18. OTHER LIQUIDATED DEBTS | $ - | | | |
| 19. EQUITABLE INTERESTS | $ - | | | |
| 20. CONTINGENT INTERESTS | $ - | | | |
| 21. OTHER CLAIMS | $ - | | | |
| 22. PATENTS & COPYRIGHTS | $ - | | | |
| 23. LICENSES & FRANCHISES | $ - | | | |
| 24. CUSTOMER LISTS | $ - | | | |
| 25. AUTOS, TRUCKS & OTHER VEHICLES | $ 1,089,350.00 | $ 1,089,350.00 | $ 1,089,350.00 | $ 1,089,350.00 |
| 26. BOATS & MOTORS | $ 18,500.00 | $ 18,500.00 | $ 18,500.00 | $ 18,500.00 |
| 27. AIRCRAFT | $ - | | | |
| 28. OFFICE EQUIPMENT | $ 2,425.00 | $ 2,425.00 | $ 2,425.00 | $ 2,425.00 |
| 29. MACHINERY, FIXTURES & EQUIPMENT | $ 3,700.00 | $ 3,700.00 | $ 3,700.00 | $ 3,700.00 |
| 30. INVENTORY | $ 70,579.14 | $ 69,139.33 | $ 69,469.44 | $ 69,916.75 |
| 31. ANIMALS | $ - | | | |
| 32. CROPS | $ - | | | |
| 33. FARMING EQUIPMENT | $ - | | | |
| 34. FARM SUPPLIES | $ - | | | |
| 35. OTHER (ATTACH LIST) | $ 511,950.00 | $ 511,950.00 | $ 511,950.00 | $ 511,950.00 |
| 36. TOTAL PERSONAL PROPERTY ASSETS | $ 1,737,159.83 | $ 1,765,961.19 | $ 1,784,569.62 | $ 1,774,796.40 |
| 37. TOTAL ASSETS | $ 2,392,159.83 | $ 2,420,961.19 | $ 2,439,569.62 | $ 2,429,796.40 |

**Monthly Operating Report**
**CASH BASIS-4**

| CASE NAME: | DEX SERVICES, LLC |
|---|---|
| CASE NUMBER: | 17-50242 |

MONTH: February

**LIABILITIES OF THE ESTATE**

| PREPETITION LIABILITIES | SCHEDULE AMOUNT | PAYMENTS |
|---|---|---|
| 1. SECURED | $ 2,288,224.30 | |
| 2. PRIORITY | $ 11,298.63 | |
| 3. UNSECURED | $ 795,528.29 | |
| 4. OTHER (ATTACH LIST) | | |
| 5. TOTAL PREPETITION LIABILITIES | $ 3,095,051.22 | $ - |

| POSTPETITION LIABILITIES | DATE INCURRED | AMOUNT OWED | DUE DATE | AMOUNT PAST DUE |
|---|---|---|---|---|
| 1. FEDERAL INCOME TAXES | | | | |
| 2. FICA/MEDICARE | | | | $ - |
| 3. STATE TAXES | 02/01/18 | $ 5,134.58 | 03/20/18 | $ - |
| 4. REAL ESTATE TAXES | 01/01/17 | $ 8,076.87 | 01/31/18 | $ - |
| 5. OTHER TAXES (ATTACH LIST) | 01/01/17 | $ 12,249.83 | 01/31/18 | $ - |
| 6. TOTAL TAXES | | $ 25,461.28 | | $ - |
| OTHER POSTPETITION LIABILITIES INCLUDING TRADE CREDITORS (LIST NAMES OF CREDITORS) | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |
| 15. | | | | |
| 16. | | | | |
| 17. | | | | |
| 18. | | | | |
| 19. | | | | |
| 20. | | | | |
| 21. | | | | |
| 22. | | | | |
| 23. | | | | |
| 24. | | | | |
| 25. | | | | |
| 26. | | | | |
| 27. | | | | |
| 28. | | | | |
| 29. (IF ADDITIONAL ATTACH LIST) | | | | |
| 30. TOTAL OF LINES 7 - 29 | | $ - | | $ - |
| 31. TOTAL POSTPETITION LIABILITIES | | $ 25,461.28 | | $ - |

**Monthly Operating Report**
**CASH BASIS-4A**

| CASE NAME: | DEX SERVICES, LLC |
|---|---|
| CASE NUMBER: | 17-50242 |

MONTH: February

| ACCOUNTS RECEIVABLE AGING | SCHEDULE AMOUNT | MONTH DEC | MONTH JAN | MONTH FEB |
|---|---|---|---|---|
| 1. 0 - 30 | $ 37,907.35 | $ 41,740.42 | 60792.13 | 21089.8 |
| 2. 31 - 60 | | $ 344.25 | 2151.56 | |
| 3. 61 - 90 | | | | 2151.56 |
| 4. 91 + | | | | |
| 5. TOTAL ACCOUNTS RECEIVABLE | $ 37,907.35 | $ 42,084.67 | $ 62,943.69 | $ 23,241.36 |
| 6. AMOUNT CONSIDERED UNCOLLECTIBLE | | | | |
| 7. ACCOUNTS RECEIVABLE (NET) | $ 37,907.35 | $ 42,084.67 | $ 62,943.69 | $ 23,241.36 |

| AGING OF POSTPETITION TAXES AND PAYABLES TAXES PAYABLE | 0 - 30 DAYS | 31-60 DAYS | 90+ DAYS | Total |
|---|---|---|---|---|
| 1. FEDERAL | $ - | | | $ - |
| 2. STATE | $ 5,134.58 | | | $ 5,134.58 |
| 3. LOCAL | | | | $ - |
| 4. OTHER (ATTACH LIST) | $ 20,326.70 | | | $ 20,326.70 |
| 5. TOTAL TAXES PAYABLE | $ 25,461.28 | $ - | $ - | $ 25,461.28 |

| 6. ACCOUNTS PAYABLE | | | | $ - |
|---|---|---|---|---|

| STATUS OF POSTPETITION TAXES FEDERAL | BEGINNING TAX LIABILITY | AMOUNT WITHHELD OR ACCRUED | AMOUNT PAID | ENDING TAX LIABILITY |
|---|---|---|---|---|
| 1. WITHHOLDING | $ - | $ 2,974.00 | $ 2,974.00 | $ - |
| 2. FICA-EMPLOYEE | $ - | $ 2,450.62 | $ 2,450.62 | $ - |
| 3. FICA-EMPLOYER | $ - | $ 2,450.62 | $ 2,450.62 | $ - |
| 4. UNEMPLOYMENT | $ 1,256.21 | $ 769.14 | | $ 2,025.35 |
| 5. INCOME | | | | $ - |
| 6. OTHER (ATTACH LIST) | | | | $ - |
| 7. TOTAL FEDERAL TAXES | $ 1,256.21 | $ 8,644.38 | $ 7,875.24 | $ 2,025.35 |
| STATE AND LOCAL | | | | $ - |
| 8. WITHHOLDING | | | | $ - |
| 9. SALES | $ 6,174.06 | $ 5,134.58 | $ 6,174.06 | $ 5,134.58 |
| 10. EXCISE | | | | $ - |
| 11. UNEMPLOYMENT | | | | $ - |
| 12. REAL PROPERTY | $ 10,224.48 | | | $ 10,224.48 |
| 13. PERSONAL PROPERTY | $ 8,076.87 | | | $ 8,076.87 |
| 14. OTHER (ATTACH LIST) | | | | $ - |
| 15. TOTAL STATE & LOCAL | $ 24,475.41 | $ 5,134.58 | $ 6,174.06 | $ 23,435.93 |
| 16. TOTAL TAXES | $ 25,731.62 | $ 13,778.96 | $ 14,049.30 | $ 25,461.28 |

**Monthly Operating Report**
**CASH BASIS-5**

| CASE NAME: | DEX SERVICES, LLC |
|---|---|
| CASE NUMBER: | 17-50242 |

MONTH: ___February___

**PAYMENTS TO INSIDERS AND PROFESSIONALS**

| INSIDERS | | | |
|---|---|---|---|
| NAME | TYPE OF PAYMENT | AMOUNT PAID | TTL PD TO DATE |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |
| TOTAL PAYMENTS TO INSIDERS | | $        - | $        - |

| PROFESSIONALS | | | | | |
|---|---|---|---|---|---|
| NAME | DATE OF COURT ORDER AUTHORIZING PAYMENT | AMOUNT APPROVED | AMOUNT PAID | TTL PAID TO DATE | TOTAL INCURRED & UNPAID |
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |
| TOTAL PAYMENTS TO PROFESSIONALS | | $        - | $        - | $        - | $        - |

**POSTPETITION STATUS OF SECURED NOTES, LEASES PAYABLE AND ADEQUATE PROTECTION PAYMENTS**

| NAME OF CREDITOR | SCHEDULED MONTHLY PAYMENTS DUE | AMOUNTS PAID DURING MONTH | TOTAL UNPAID POST-PETITION |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |
| 6. TOTAL | $        - | $        - | $        - |

**Monthly Operating Report**
CASH BASIS-6

**2018**

| CASE NAME: | DEX SERVICES, LLC |
|---|---|
| CASE NUMBER: | 17-50242 |

MONTH: February

## QUESTIONNAIRE

| | YES | NO |
|---|---|---|
| 1. HAVE ANY ASSETS BEEN SOLD OR TRANSFERRED OUTSIDE THE NORMAL COURSE OF BUSINESS THIS REPORTING PERIOD? | | X |
| 2. HAVE ANY FUNDS BEEN DISBURSED FROM ANY ACCOUNT OTHER THAN A DEBTOR IN POSSESSION ACCOUNT? | | X |
| 3. ARE ANY POSTPETITION RECEIVABLES (ACCOUNTS, NOTES OR LOANS) DUE FROM RELATED PARTIES? | | X |
| 4. HAVE ANY PAYMENTS BEEN MADE ON PREPETITION LIABILITIES THIS REPORTING PERIOD? | | X |
| 5. HAVE ANY POSTPETITION LOANS BEEN RECEIVED BY THE DEBTOR FROM ANY PARTY? | | X |
| 6. ARE ANY POSTPETITION PAYROLL TAXES PAST DUE? | | X |
| 7. ARE ANY POSTPETITION STATE OR FEDERAL INCOME TAXES PAST DUE? | | X |
| 8. ARE ANY POSTPETITION REAL ESTATE TAXES PAST DUE? | | X |
| 9. ARE ANY OTHER POSTPETITION TAXES PAST DUE? | | X |
| 10. ARE ANY AMOUNTS OWED TO POSTPETITION CREDITORS DELINQUENT? | | X |
| 11. HAVE ANY PREPETITION TAXES BEEN PAID DURING THE REPORTING PERIOD? | | X |
| 12. ARE ANY WAGE PAYMENTS PAST DUE? | | X |

IF THE ANSWER TO ANY OF THE ABOVE QUESTIONS IS "YES"; PROVIDE A DETAILED EXPLANATION OF EACH ITEM. ATTACH ADDITIONAL SHEETS IF NECESSARY.

## INSURANCE

| | YES | NO |
|---|---|---|
| 1. ARE WORKER'S COMPENSATION, GENERAL LIABILITY AND OTHER NECESSARY INSURANCE COVERAGES IN EFFECT? | X | |
| 2. ARE ALL PREMIUM PAYMENTS PAID CURRENT? | X | |
| 3. PLEASE ITEMIZE POLICIES BELOW | | |

IF THE ANSWER TO ANY OF THE ABOVE QUESTIONS IS "NO" OR IF ANY POLICIES HAVE BEEN CANCELED OR NOT RENEWED DURING THIS REPORTING PERIOD, PROVIDE AN EXPLANATION BELOW. ATTACH ADDITIONAL SHEETS IF NECESSARY.

## INSTALLMENT PAYMENTS

| TYPE OF POLICY | CARRIER | PERIOD COVERED | | PAYMENT AMOUNT & FREQUENCY |
|---|---|---|---|---|
| General Liability & Auto | United Fire Group | 08/01/17 | 07/31/18 | $ 4,114.00 monthly |
| | | | | |
| | | | | |
| | | | | |

# Wells Fargo Business Choice Checking

Account number: ▌▌▌3055 ■ February 1, 2018 - February 28, 2018 ■ Page 1 of 7



DEX SERVICES, LLC
DEBTOR IN POSSESSION
CH 11 CASE#17-50242(NTX)
PO BOX 1163
CANADIAN TX 79014-1163

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-CALL-WELLS** (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (808)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

Visit wellsfargoworks.com to explore videos, articles, infographics, interactive tools, and other resources on the topics of business growth, credit, cash flow management, business planning, technology, marketing, and more.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ☑ |
| Online Statements | ☑ |
| Business Bill Pay | ☐ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |

## Activity summary

| | |
|---|---|
| Beginning balance on 2/1 | $51,507.36 |
| Deposits/Credits | 79,105.16 |
| Withdrawals/Debits | - 73,325.01 |
| **Ending balance on 2/28** | **$57,287.51** |
| Average ledger balance this period | $34,083.70 |

Account number: ▌▌▌3055

DEX SERVICES, LLC
DEBTOR IN POSSESSION
CH 11 CASE#17-50242(NTX)

*Texas/Arkansas account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 111900659

For Wire Transfers use
Routing Number (RTN): 121000248

## Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

Account number: ████3055 ■ February 1, 2018 - February 28, 2018 ■ Page 2 of 7  

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|------|------|------|------|------|
| 2/1 | | Purchase authorized on 01/31 Canadian Card Lock Canadian TX S308031480732641 Card 3844 | | 0.08 | 51,507.28 |
| 2/2 | | Purchase authorized on 01/31 Allsups 240 Canadian TX S468031493503214 Card 3844 | | 75.00 | |
| 2/2 | | Online Transfer to Dex Services, LLC Business Checking xxxxxx3063 Ref #Ib047P9Yyn on 02/02/18 | | 2,911.86 | 48,520.42 |
| 2/5 | | Purchase authorized on 02/01 Pk Safety Supply 800-829-9580 CA S388032745538357 Card 3844 | | 212.00 | |
| 2/5 | | Purchase authorized on 02/02 Allsups 240 Canadian TX S308033477439775 Card 3844 | | 69.00 | |
| 2/5 | | Purchase authorized on 02/02 Bartletts Lumber & Canadian TX S308033508272038 Card 3844 | | 62.41 | |
| 2/5 | | Purchase authorized on 02/02 Canadian Card Lock Canadian TX S468033511119435 Card 3844 | | 66.17 | |
| 2/5 | | Purchase authorized on 02/02 Harbor Freight Too Amarillo TX S308033787887121 Card 3844 | | 374.08 | |
| 2/5 | | Purchase authorized on 02/03 Toot N Totum #10 Pampa TX P003880345376023076 Card 3844 | | 75.00 | |
| 2/5 | | Purchase authorized on 02/04 Canadian Card Lock Canadian TX S308035862479208 Card 3844 | | 150.00 | |
| 2/5 | | Purchase authorized on 02/04 Canadian Card L Canadian TX P0000000572777805 Card 3844 | | 50.00 | |
| 2/5 | | Purchase authorized on 02/04 Canadian Card Lock Canadian TX S388036003097492 Card 3844 | | 72.36 | |
| 2/5 | 1135 | Check | | 1,811.15 | 45,578.25 |
| 2/6 | 1144 | Check | | 1,000.00 | |
| 2/6 | 1140 | Check | | 2,431.96 | |
| 2/6 | | US Fleet Trackin ACH Collec 67123 Dex Services LLC | | 898.50 | |
| 2/6 | | North Plains Ele EZ2Pay 0022448501 Dexservices | | 2,239.80 | |
| 2/6 | 1137 | Check | | 2,046.98 | 36,961.01 |
| 2/7 | | Purchase authorized on 02/06 Canadian Card Lock Canadian TX S588037724085830 Card 3844 | | 131.41 | |
| 2/7 | | Purchase authorized on 02/06 Motor Parts of Can Canadian TX S306037767145851 Card 3844 | | 62.14 | |
| 2/7 | | Purchase authorized on 02/06 Quality Dealership 866-807-4472 NM S468037769230034 Card 3851 | | 758.41 | |
| 2/7 | 1149 | Check | | 220.00 | |
| 2/7 | 1142 | Check | | 1,025.00 | |
| 2/7 | 1147 | Check | | 3,850.97 | |
| 2/7 | 1139 | Check | | 1,488.76 | 29,444.32 |
| 2/8 | | Purchase authorized on 02/07 The Junction Count Wheeler TX S468038604864814 Card 3844 | | 172.66 | |
| 2/8 | | Purchase authorized on 02/07 The Junction Count Wheeler TX S588038593713713 Card 3844 | | 75.00 | |
| 2/8 | | Purchase authorized on 02/08 Sdtrucksprings.Com 631-588-8777 NY S588038609111243 Card 3851 | | 531.40 | |
| 2/8 | | Purchase authorized on 02/08 Amazon Mktplace Pm Amzn.Com/Bill WA S468038620494549 Card 3844 | | 141.65 | |
| 2/8 | | Purchase authorized on 02/08 Autoanything 800-874-8888 CA S308038638173963 Card 3851 | | 234.57 | |
| 2/8 | | Purchase authorized on 02/07 Paypal *Dynoforms 402-935-7733 CA S368038758341316 Card 3844 | | 525.60 | |
| 2/8 | < | Business to Business ACH Debit - IRS Usataxpymt 020818 270843933157476 Dex Services LLC | | 3,834.12 | |
| 2/8 | 1150 | Check | | 138.00 | |
| 2/8 | | Check | | 500.00 | 23,291.32 |
| 2/9 | | Purchase authorized on 02/07 Amazon Mktplace Pm Amzn.Com/Bill WA S468038582841185 Card 3844 | | 99.42 | |
| 2/9 | | Purchase authorized on 02/07 Suspension Connect 800-9032760 UT S308038584790415 Card 3844 | | 740.92 | |

Account number: ███3055 ■ February 1, 2018 - February 28, 2018 ■ Page 3 of 7



## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|------|------|------|------|------|
| 2/9 | | Purchase authorized on 02/07 Suspension Connect 800-9032760 UT S468038630517329 Card 3844 | | 184.26 | |
| 2/9 | | Purchase authorized on 02/08 Canadian Card Lock Canadian TX S588039502215277 Card 3844 | | 61.88 | |
| 2/9 | | Purchase authorized on 02/08 Amazon Mktplace Pm Amzn.Com/Bill WA S588039862559937 Card 3844 | | 47.10 | |
| 2/9 | | Achma Visb Bill Pymnt 180208 8493366 Shanelle *Miller | | 1,062.41 | 21,095.33 |
| 2/12 | | Edeposit IN Branch/Store 02/12/18 11:23:47 Am 905 S Fillmore St Amarillo TX | 15,379.31 | | |
| 2/12 | | Purchase authorized on 02/10 Harbor Freight Too Amarillo TX S388041730433570 Card 3844 | | 259.64 | |
| 2/12 | | Purchase authorized on 02/10 Lowes #00270* Amarillo TX S468041817723602 Card 3844 | | 867.40 | |
| 2/12 | 1136 | Check | | 1,285.14 | |
| 2/12 | 1141 | Check | | 1,520.23 | |
| 2/12 | 1134 | Check | | 1,588.22 | |
| 2/12 | 1138 | Check | | 1,034.32 | |
| 2/12 | 1146 | Check | | 1,000.00 | 28,919.69 |
| 2/13 | | Purchase authorized on 02/12 Amazon Mktplace Pm Amzn.Com/Bill WA S388043753980765 Card 3844 | | 59.96 | |
| 2/13 | | Online Transfer to Dex Services, LLC Business Checking xxxxxx3063 Ref #Ib048Pb9Gv on 02/13/18 | | 2,534.74 | 26,324.99 |
| 2/14 | | Purchase authorized on 02/12 Suspension Connect 800-9032760 UT S388043631150336 Card 3844 | | 184.28 | |
| 2/14 | | Purchase authorized on 02/14 The Junction CO Wheeler TX P0000000534512710 Card 3844 | | 51.29 | |
| 2/14 | | Purchase authorized on 02/14 The Junction CO Wheeler TX P0000000289071866 Card 3844 | | 58.81 | |
| 2/14 | 1151 | Check | | 48.77 | |
| 2/14 | 1148 | Check | | 7.00 | |
| 2/14 | < | Business to Business ACH Debit - Webfile Tax Pymt DD 902/29652888 33311/12345/EDI/Xml - | | 175.98 | |
| 2/14 | | United-Fire-Grp Insurance 180213 4786358 James *Poindexter | | 3,987.00 | 21,811.88 |
| 2/15 | | Purchase authorized on 02/14 The Junction Count Wheeler TX S388045735919792 Card 3851 | | 900.00 | |
| 2/15 | 1145 | Check | | 1,000.00 | 19,911.88 |
| 2/16 | | Edeposit IN Branch/Store 02/16/18 10:40:51 Am 905 S Fillmore St Amarillo TX | 26,847.71 | | |
| 2/16 | | Purchase authorized on 02/14 Bartletts Lumber & Canadian TX S308045502744132 Card 3844 | | 137.02 | |
| 2/16 | | Purchase authorized on 02/16 Sam's Club Amarillo TX P0000000782367816 Card 3844 | | 277.87 | |
| 2/16 | | Purchase authorized on 02/16 Harbor Freight Tools 7 Amarillo TX P0000000834093895 Card 3844 | | 347.22 | |
| 2/16 | < | Business to Business ACH Debit - IRS Usataxpymt 021618 270844734086619 Dex Services LLC | | 4,041.12 | 41,956.36 |
| 2/20 | | Purchase authorized on 02/15 Bartletts Lumber & Canadian TX S388046584122033 Card 3851 | | 470.09 | |
| 2/20 | | Purchase authorized on 02/16 Lowes #00270* Amarillo TX S588047633931269 Card 3844 | | 152.62 | |
| 2/20 | | Purchase authorized on 02/16 Allsups 78 White Deer TX S388047731629538 Card 3844 | | 59.96 | |
| 2/20 | | Recurring Payment authorized on 02/16 Autopay/Dish Ntwk 800-333-3474 CO S308048194600598 Card 3844 | | 184.32 | |
| 2/20 | | Purchase authorized on 02/17 Canadian Card Lock Canadian TX S308048515478174 Card 3844 | | 150.00 | |
| 2/20 | | Purchase authorized on 02/18 Canadian Card Lock Canadian TX S388049534000272 Card 3844 | | 150.00 | |
| 2/20 | | Purchase authorized on 02/19 Quality Dealership 866-807-4472 NM S308050604739147 Card 3844 | | 185.74 | |
| 2/20 | | Purchase authorized on 02/19 Amazon Mktplace Pm Amzn.Com/Bill WA S388050619273729 Card 3844 | | 59.96 | |

Account number: ████3055 ■ February 1, 2018 - February 28, 2018 ■ Page 4 of 7



## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|------|------|------|------|------|
| 2/20 | | Purchase authorized on 02/19 Amazon Mktplace Pm Amzn.Com/Bill WA S388050625019752 Card 3844 | | 239.98 | |
| 2/20 | | Purchase authorized on 02/19 Amazon.Com Amzn.CO Amzn.Com/Bill WA S468050634776951 Card 3844 | | 19.78 | |
| 2/20 | 1162 | Check | | 1,770.42 | |
| 2/20 | 1161 | Check | | 2,065.45 | 36,448.04 |
| 2/21 | | Purchase authorized on 02/19 Amazon.Com Amzn.Com/Bill WA S308051078431445 Card 3844 | | 103.34 | |
| 2/21 | | Purchase authorized on 02/20 Canadian Card Lock Canadian TX S308051646007001 Card 3844 | | 63.22 | |
| 2/21 | 1166 | Check | | 220.00 | |
| 2/21 | 1163 | Check | | 2,206.45 | |
| 2/21 | 1206 | Check | | 874.44 | |
| 2/21 | < | Business to Business ACH Debit - Intuit Quickbooks 180220 1573775 Dex Services, *LLC | | 179.26 | |
| 2/21 | 1207 | Check | | 344.36 | 32,456.97 |
| 2/22 | | Online Transfer to Dex Services, LLC Business Checking xxxxxx3063 Ref #Ib049Lt5Tl on 02/22/18 | | 996.77 | 31,460.20 |
| 2/23 | | Purchase authorized on 02/19 Factory Outlet Max 800-829-3325 CA S468050797493017 Card 3844 | | 137.00 | |
| 2/23 | | Purchase authorized on 02/21 Amazon Mktplace Pm Amzn.Com/Bill WA S588052294200599 Card 3844 | | 199.98 | |
| 2/23 | | Purchase authorized on 02/21 Bartletts Lumber & Canadian TX S308052694021026 Card 3851 | | 426.31 | |
| 2/23 | 1165 | Check | | 900.00 | |
| 2/23 | 1156 | Check | | 12.77 | 29,784.14 |
| 2/26 | | Purchase authorized on 02/23 The Junction Count Wheeler TX S468054528272499 Card 3844 | | 57.93 | |
| 2/26 | | Purchase authorized on 02/23 Uscutter Inc 425-902-1302 TX S468054717673564 Card 3844 | | 45.74 | |
| 2/26 | | Recurring Payment authorized on 02/24 Dnh*Godaddy.Com 480-5058855 AZ S588055435449874 Card 3844 | | 47.88 | |
| 2/26 | 1154 | Check | | 222.63 | |
| 2/26 | 1155 | Check | | 97.80 | |
| 2/26 | 1152 | Check | | 88.43 | |
| 2/26 | 1158 | Check | | 485.55 | |
| 2/26 | 1164 | Check | | 1,543.93 | |
| 2/26 | 1160 | Check | | 1,581.59 | |
| 2/26 | 1157 | Check | | 1,958.11 | 23,654.55 |
| 2/27 | 1153 | Check | | 285.57 | |
| 2/27 | 1167 | Check | | 128.25 | 23,260.73 |
| 2/28 | | Edeposit IN Branch/Store 02/28/18 02:41:42 Pm 905 S Fillmore St Amarillo TX | 36,878.14 | | |
| 2/28 | | Purchase authorized on 02/27 PSC Motorsports 817-444-4927 TX S308058535687110 Card 3844 | | 753.47 | |
| 2/28 | | Purchase authorized on 02/27 Ucr Service Fee Nashville TN S388058747164403 Card 3844 | | 3.75 | |
| 2/28 | | Purchase authorized on 02/27 Ucr Reg Fee 317-615-7350 TN S588058747181612 Card 3844 | | 206.00 | |
| 2/28 | | Purchase authorized on 02/27 Alon 7-Eleven 1218 Harrold TX S308059175090974 Card 3844 | | 77.00 | |
| 2/28 | 1159 | Check | | 1,811.14 | 57,287.51 |
| Ending balance on 2/28 | | | | | 57,287.51 |
| Totals | | | $79,105.16 | $73,325.01 | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

< **Business to Business ACH:**If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.

Account number: ███3055 ▪ February 1, 2018 - February 28, 2018 ▪ Page 5 of 7



## Summary of checks written  (checks listed are also displayed in the preceding Transaction history)

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| | 2/8 | 500.00 | 1146 | 2/12 | 1,000.00 | 1158 | 2/26 | 485.55 |
| 1134 | 2/12 | 1,588.22 | 1147 | 2/7 | 3,850.97 | 1159 | 2/28 | 1,811.14 |
| 1135 | 2/5 | 1,811.15 | 1148 | 2/14 | 7.00 | 1160 | 2/26 | 1,581.59 |
| 1136 | 2/12 | 1,285.14 | 1149 | 2/7 | 220.00 | 1161 | 2/20 | 2,065.45 |
| 1137 | 2/6 | 2,046.98 | 1150 | 2/8 | 138.00 | 1162 | 2/20 | 1,770.42 |
| 1138 | 2/12 | 1,034.32 | 1151 | 2/14 | 48.77 | 1163 | 2/21 | 2,206.45 |
| 1139 | 2/7 | 1,468.76 | 1152 | 2/26 | 88.43 | 1164 | 2/26 | 1,543.93 |
| 1140 | 2/6 | 2,431.96 | 1153 | 2/27 | 265.57 | 1165 | 2/23 | 900.00 |
| 1141 | 2/12 | 1,520.23 | 1154 | 2/26 | 222.63 | 1166 | 2/21 | 220.00 |
| 1142 | 2/7 | 1,025.00 | 1155 | 2/26 | 97.80 | 1167 | 2/27 | 128.25 |
| 1144 * | 2/6 | 1,000.00 | 1156 | 2/23 | 12.77 | 1206 * | 2/21 | 874.44 |
| 1145 | 2/15 | 1,000.00 | 1157 | 2/26 | 1,958.11 | 1207 | 2/21 | 344.36 |

* Gap in check sequence.

## Monthly service fee summary

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 02/01/2018 - 02/28/2018 | Standard monthly service fee $14.00 | | You paid $0.00 |
|---|---|---|---|
| How to avoid the monthly service fee | | Minimum required | This fee period |
| Have any ONE of the following account requirements | | | |
| · Average ledger balance | | $7,500.00 | $34,084.00 ☑ |
| · Qualifying transaction from a linked Wells Fargo Business Payroll Services account | | 1 | 0 ☐ |
| · Qualifying transaction from a linked Wells Fargo Merchant Services account | | 1 | 0 ☐ |
| · Total number of posted Wells Fargo Debit Card purchases and/or payments | | 10 | 57 ☑ |
| - Enrollment in a linked Direct Pay service through Wells Fargo Business Online | | 1 | 0 ☐ |
| · Combined balances in linked accounts, which may include | | $10,000.00 | ☑ |
| - Average ledger balances in business checking, savings, and time accounts | | | |
| - Most recent statement balance in eligible Wells Fargo business credit cards and lines of credit, and combined average daily balances from the previous month in eligible Wells Fargo business and commercial loans and lines of credit | | | |
| - For complete details on how you can avoid the monthly service fee based on your combined balances please refer to page 7 of the Business Account Fee and Information Schedule at www.wellsfargo.com/biz/fee-information | | | |

wxwx

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 0 | 7,500 | 0 | 0.0030 | 0.00 |
| Transactions | 51 | 200 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |





 # IMPORTANT ACCOUNT INFORMATION

Reminder about effect of pending debit card transactions on your account

For each debit card transaction, we place an authorization hold and track the "pending" transaction until the merchant sends the final payment instruction to the bank. We receive final payment instructions for most transactions within one to two business days, but we generally must release the authorization hold after three business days. While pending, these transactions reduce your available balance. If transactions are presented for payment when your account has an insufficient available balance, you may be charged overdraft and/or insufficient fund (NSF) fees on those transactions. The bank will assess no more than eight (8) $35 overdraft and/or NSF fees per day.

**Important information about legal process fees.**

The fee for legal order processing, which includes handling levies, writs, garnishments, and any other legal documents that require funds to be attached, remains $125. However, effective 2/16/18, the bank will assess no more than two legal process fees per account, per calendar month.    Please note, the calendar month may not coincide with your statement cycle.

**Using Combined Balances to Avoid Monthly Service Fees**
We want to share some important information with you about avoiding monthly service fees using combined balances. A checking account with a combined balance option to avoid a monthly service fee cannot be linked to another checking account with a combined balance option. Any other accounts linked to a checking account with a combined balance option to avoid a monthly service fee cannot simultaneously be linked to another checking account with a combined balance option.

For questions or clarification, please call the phone bank number at the top of your statement. We appreciate your business.

Account number: ████3055 ■ February 1, 2018 - February 28, 2018 ■ Page 7 of 7



---

### General statement policies for Wells Fargo Bank

■ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

---

### Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

A. The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . . $ _____

**ADD**

B. Any deposits listed in your        $ _____
register or transfers into            $ _____
your account which are not            $ _____
shown on your statement.            + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**SUBTRACT**

C. The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . . $ _____

| Number | Items Outstanding | Amount |
|--------|-------------------|--------|
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        | Total amount $    |        |

©2010 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801

# Wells Fargo Simple Business Checking

Account number: ▮▮▮3063 ■ February 1, 2018 - February 28, 2018 ■ Page 1 of 4



DEX SERVICES, LLC
DEBTOR IN POSSESSION
CH 11 CASE#17-50242(NTX)
PO BOX 1163
CANADIAN TX 79014-1163

### Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-CALL-WELLS** (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (808)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

Visit wellsfargoworks.com to explore videos, articles, infographics, interactive tools, and other resources on the topics of business growth, credit, cash flow management, business planning, technology, marketing, and more.

### Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ☑ |
| Online Statements | ☑ |
| Business Bill Pay | ☐ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |

## Activity summary

| | |
|---|---|
| Beginning balance on 2/1 | $2,339.01 |
| Deposits/Credits | 6,443.37 |
| Withdrawals/Debits | - 6,142.94 |
| **Ending balance on 2/28** | **$2,639.44** |
| Average ledger balance this period | $3,553.62 |

Account number: ▮▮▮3063

DEX SERVICES, LLC
DEBTOR IN POSSESSION
CH 11 CASE#17-50242(NTX)

*Texas/Arkansas account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 111900659

For Wire Transfers use
Routing Number (RTN): 121000248

**Overdraft Protection**

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

Account number: ███3063  ▪ February 1, 2018 - February 28, 2018  ▪ Page 2 of 4



## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|--------|-------------|-------------------|---------------------|----------------------|
| 2/2 | | Online Transfer From Dex Services, LLC Business Checking xxxxxx3055 Ref #Ib047P9Yyn on 02/02/18 | 2,911.86 | | 5,250.87 |
| 2/13 | | Online Transfer From Dex Services, LLC Business Checking xxxxxx3055 Ref #Ib048Pb9Gv on 02/13/18 | 2,534.74 | | 7,785.61 |
| 2/14 | < | Business to Business ACH Debit - Webfile Tax Pymt DD 902/29651374 33311/12345/EDI/Xml - | | 6,142.94 | 1,642.67 |
| 2/22 | | Online Transfer From Dex Services, LLC Business Checking xxxxxx3055 Ref #Ib049Ll5TI on 02/22/18 | 996.77 | | 2,639.44 |
| Ending balance on 2/28 | | | | | 2,639.44 |
| **Totals** | | | **$6,443.37** | **$6,142.94** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

< *Business to Business ACH:if this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.*

## Monthly service fee summary

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 02/01/2018 - 02/28/2018 | Standard monthly service fee $10.00 | You paid $0.00 |
|-------------------------------------|-------------------------------------|-----------------|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any ONE of the following account requirements | | |
| · Average ledger balance | $500.00 | $3,554.00 ☑ |
| C1/C1 | | |

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|-----------------------------|------------|----------------|--------------|-------------------------------------|--------------------------|
| Cash Deposited ($) | 0 | 3,000 | 0 | 0.0030 | 0.00 |
| Transactions | 1 | 50 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |

Account number:  **3063** ■ February 1, 2018 - February 28, 2018 ■ Page 3 of 4



 **IMPORTANT ACCOUNT INFORMATION**

Reminder about effect of pending debit card transactions on your account

For each debit card transaction, we place an authorization hold and track the "pending" transaction until the merchant sends the final payment instruction to the bank. We receive final payment instructions for most transactions within one to two business days, but we generally must release the authorization hold after three business days. While pending, these transactions reduce your available balance. If transactions are presented for payment when your account has an insufficient available balance, you may be charged overdraft and/or insufficient fund (NSF) fees on those transactions. The bank will assess no more than eight (8) $35 overdraft and/or NSF fees per day.

**Important information about legal process fees.**

The fee for legal order processing, which includes handling levies, writs, garnishments, and any other legal documents that require funds to be attached, remains $125. However, effective 2/16/18, the bank will assess no more than two legal process fees per account, per calendar month.    Please note, the calendar month may not coincide with your statement cycle.

Account number: ████ 3063 ■ February 1, 2018 - February 28, 2018 ■ Page 4 of 4 

## General statement policies for Wells Fargo Bank

■ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

### Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**
**A.** The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . . $ _____

**ADD**
**B.** Any deposits listed in your     $ _____
register or transfers into     $ _____
your account which are not     $ _____
shown on your statement.     + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**SUBTRACT**
**C.** The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . $ . _____

| Number | Items Outstanding | Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | Total amount $ | |

©2010 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801